IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------------x
:
ROBERT HICKEY                                   :    3:02 CV 1674 (CFD)
:
:
v.                                                          :
:    DATE: FEB. 10, 2004
METRO-NORTH RAILROAD CO. et al.     :
:
----------------------------------------------------------x

ENDORSEMENT ORDER

In the interest of justice, the parties' Joint Motion to Transfer and to Consolidate for Scheduling and Discovery Purposes (Dkt. #10) is <u>denied</u>.

Dated at New Haven, Connecticut, this 10th day of February, 2004.

_____/s/_____
Joan Glazer Margolis
U.S. Magistrate Judge