UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT W. HICKEY | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | CIVIL ACTION NO. 3:02 CV 1674 (CFD) |
| | : | |
| METRO-NORTH RAILROAD COMPANY | : | <u>FELA HEARING LOSS CASE - MAY BE</u> |
| | : | <u>FILED IN NEW HAVEN AS ORDERED BY</u> |
| Defendant. | : | <u>MAGISTRATE JUDGE MARGOLIS</u> |

JANUARY 19, 2005

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant, Metro-North Railroad Company.

Dated:  January 19, 2005                    _____

                                                Susan B. Parzymieso, Esq.  (CT 25301)
                                                Ryan, Ryan, Johnson & Deluca, LLP
                                                80 Fourth Street, P.O. Box 3057
                                                Stamford, CT   06905
                                                Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 19, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Robert W. Hickey

                  _____
                  Susan B. Parzymieso, Esq.

I:\Procases\205.130\appearsbp.wpd
205.130