```
                    UNITED STATES DISTRICT COURT

                       DISTRICT OF CONNECTICUT


ROBERT HICKEY

     Vs.                        Case Number:  3:02CV1674 (CFD)

METRO-NORTH RR CO


                           NOTICE TO COUNSEL
                           -----------------
```

The above-entitled case was reported to the Court on November 21, 2005 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed thereafter.

Accordingly, an order of dismissal will be entered on **January 20, 2006** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut, November 21, 2005.


```
                         KEVIN F. ROWE, CLERK

                         By: _____
                              Devorah Johnson
                              Deputy Clerk
```