UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROBERT HICKEY                          :

    Vs                                 :         Case No.3:02CV1674(CFD)

METRO-NORTH RR CO.
                                                     :

**JUDGMENT**

    Counsel of record having reported to the court on November 21, 2005, that the above-entitled cases has settled;

    It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

    Dated at Hartford, Connecticut, January 26, 2006.

                                    KEVIN F. ROWE, Clerk

                                    BY:_____
                                          Devorah Johnson
                                          Deputy Clerk

EOD_____